COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 November 2, 2016
 No. 10-16-001319-CV
IN RE CECILIA R. WILLIAMS PERKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF BERNICE JEANETTE WILLIAMS, DECEASED
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Cecilia R. Williams Perkins, individually and as Independent Executor of the Estate of Bernice Jeanette Williams, deceased, has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that Marcia Williams Cromer and Cecilia R. Williams Perkins are each taxed one-half of all cost incurred in this proceeding, regardless of who paid the cost or whether it remains unpaid, for which judgment issues with appropriate credits to the party for cost of this proceedings already paid by that party against their portion of the judgment for cost.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
1199071782339300 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk